

# Memorandum

To: Honorable Mark L. Wolf
     Senior U.S. District Judge

From: Jessica Turkington

Date: May 31, 2019

Re: VIXAMAR, Imartha
    Dkt: 1:08CR10308
    INTERNATIONAL TRAVEL REQUEST

---

On November 18, 2009, Ms. Vixamar appeared before Your Honor for sentencing, having previously pled guilty to making a False Statement in Application for U.S. Passport and Use and Furnish of Passport Secured by Reason of False Statement, both in Violation of 18 U.S.C. § 1542. Ms. Vixamar was sentenced to 3 years of probation with special conditions.

On February 24, 2011, Ms. Vixamar appeared before Your Honor for revocation proceedings having violated conditions of supervised release. Ms. Vixamar was found in violation of committing a crime while on supervised release, working as a home health aide, failing to submit truthful monthly reports, and associating with a convicted felon. She was sentenced to 36 months in custody to be followed by 36 months of supervised release.

On December 7, 2016, Ms. Vixamar appeared before Your Honor for revocation proceedings having violated conditions of supervised release. Ms. Vixamar was found in violation of committing two new crime while on supervised release, working as a home health aide, working with an individual over the age of 60 years old, and failing to answer truthfully to the probation officer. She was sentenced to 24 months in custody to be followed by 12 months of supervised release.

This memorandum was written to inform Your Honor that Ms. Vixamar has requested to travel to Port-au-Prince, Haiti. She has requested to travel with her mother, in order for her mother to receive traditional medical treatment for ongoing health issues. Her mother has agreed to pay for the cost of this trip. Ms. Vixamar wishes to depart on June 17, 2019 and return on June 24, if Your Honor approves.

The Probation Department travel policy requires written approval from the Consulate of the country to which a person under supervision intends to travel. A request has been sent to the Consulate, however approval remains pending.

1

Thank you in advance for your attention in this matter. If Your Honor concurs, please sign below.

Reviewed by:

*/s/Basil Cronin*
Basil Cronin
Supervising U.S. Probation Officer

I concur ___✓___ *

I do not concur _____

*If Probation wishes to authorize the travel and gets a detailed itinerary in advance.*

_____          May 31, 2019
Honorable Mark L. Wolf                                    Date
Senior U.S. District Judge

● Page 2